## RECONSIDERATION DOCKET

**98–19.   State v. Fears.**
Hamilton C.P. No. B9702360B. Reported at 86 Ohio St.3d 329, 715 N.E.2d 136. On motion for reconsideration. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**98–405.   Hamilton Ins. Serv., Inc. v. Nationwide Ins. Cos.**
Richland App. Nos. 97CA27 and 97CA42. Reported at 86 Ohio St.3d 270, 714 N.E.2d 898. On motion for reconsideration. Motion denied.
RESNICK, J., dissents.

**98–1338.   Harris v. Liston.**
Cuyahoga App. No. 72244. Reported at 86 Ohio St.3d 203, 714 N.E.2d 377. On motion for reconsideration. Motion denied.
F.E. SWEENEY, J., dissents.
COOK, J., not participating.

**99–971.   Randolph Twp. Trustees v. Mangold.**
Portage App. No. 97–P–0110. Reported at 86 Ohio St.3d 1460, 715 N.E.2d 565. On motion for reconsideration. Motion denied.

**99–1028.   Brokamp v. Mercy Hosp. Anderson.**
Hamilton App. No. C–971077. Reported at 86 Ohio St.3d 1461, 715 N.E.2d 565. On motion for reconsideration. Motion denied.
F.E. SWEENEY, J., dissents.

**99–1054.   State v. Ewing.**
Lorain App. No. 97CA006944. Reported at 86 Ohio St.3d 1475, 715 N.E.2d 576. On motion for reconsideration. Motion denied.
MOYER, C.J., dissents.

**99–1061.   Sagen v. Thrower.**
Cuyahoga App. No. 73954. Reported at 86 Ohio St.3d 1462, 715 N.E.2d 565. On motion for reconsideration. Motion denied.